Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11129−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary J. Worlock                           Jennifer M Worlock
430 Debbie Lane                           430 Debbie Lane
Millville, NJ 08332                       Millville, NJ 08332

Social Security No.:
   xxx−xx−2438                            xxx−xx−2317

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 1, 2019
JAN: admi

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gary J. Worlock  
Jennifer M Worlock  
    Debtors

Case No. 19-11129-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1               User: admin                    Page 1 of 1                  Date Rcvd: Apr 01, 2019
                               Form ID: finmgtc               Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db/jdb         +Gary J. Worlock,    Jennifer M Worlock,    430 Debbie Lane,    Millville, NJ 08332-4750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Maria Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
   National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
   laws of the United States of America mcozzini@sternlav.com
      Nathan  Van Embden    on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com,
   lstyles@nvanembden.com
      Nathan  Van Embden    on behalf of Debtor Gary J. Worlock nve@nvanembden.com,
   lstyles@nvanembden.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7