| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Caption in Compliance with D.N.J. LBR 9004-2(c) 2004-0817 <br><br> Nathan Van Embden, Esquire <br> 21 E. Main Street <br> PO Box 428 <br> Millville, New Jersey 08332 <br> 856-327-4220 <br> Attorney ID # NV2911 | |
| Gary J. Worlock <br> Jennifer M. Worlock <br><br> Debtor(s) | Case No.: *19-11129* <br><br> Judge: JNP <br><br> Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## ☑ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## ☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following:

1. ☑ Motion for Relief from the Automatic Stay filed by creditor Nationstar Mortgage d/b/a Mr. Cooper. A hearing has been scheduled for **July 23, 2019 at 10:00 am.**

OR

2. ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____.

3. ☐ Certification of Default filed by creditor, _____. I am requesting a hearing be scheduled on this matter.

4. ☐ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons:

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☑ Other: We propose to cure the arrears as follows;
  $878.50 for 4 months with the regular payment starting July 2019.

5 This certification is being made in an effort to resolve the issues raised by the creditor in its certification.

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 3, 2019                /s/ Gary Worlock
                                  Gary Worlock, Debtor


Date: July 3, 2019                /s/ Jennifer Worlock
                                  Jennifer Worlock, Co-Debtor