UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Nationstar Mortgage LLC d/b/a Mr. Cooper
By Maria Cozzini, Esq.

**Order Filed on August 9, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 19-11129-JNP |
| | |
| Gary J. Worlock | Chapter: 13 |
| | |
| Jennifer M Worlock | Hearing Date: July 23, 2019 |
| | |
| Debtor(s). | Judge: Jerrold N. Poslusny Jr. |

## ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: August 9, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page | 2**
Debtor: Gary J. Worlock and Jennifer M Worlock
Case No: 19-11129-JNP
Caption: Order Resolving Motion to Vacate Stay with Conditions

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Nathan Van Embden, Esq. |
| Property Involved ("Collateral"): | 430 Debbie Lane, Millville, NJ 08332 |

Relief sought:
- ✓ Motion for relief from the automatic stay
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay
    against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved,
subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 1 month, from June 1, 2019 to June 1, 2019.

   - The Debtor is overdue for 1 payment at $1,816.45 per month.

   - Less Funds held in debtor(s) suspense $118.89

   Total Arrearages Due $1,697.56.

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on July 1, 2019, regular monthly mortgage payments shall continue to be
     made in the amount $1,816.45.

   - Beginning on August 1, 2019, additional monthly cure payments shall be made in the
     amount of $424.39 for 4 months.

**Page | 3**

Debtor: Gary J. Worlock and Jennifer M Worlock
Case No: 19-11129-JNP
Caption: Order Resolving Motion to Vacate Stay with Conditions

3.  Payments to the Secured Creditor shall be made to the following address(es):

✓  Regular monthly payment:      Nationstar Mortgage, LLC
                                 P.O. Box 619094
                                 Dallas, TX 75261-9741

✓  Monthly cure payment:         Nationstar Mortgage, LLC
                                 P.O. Box 619094
                                 Dallas, TX 75261-9741

4.   In the event of Default:

✓  If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.   Award of Attorneys' Fees:

   ✓   The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

       The fees and costs are payable:

   ✓  through the Chapter 13 plan.

   to the Secured Creditor within _____ days.

   Attorneys' fees are not awarded.

United States Bankruptcy Court
District of New Jersey

In re:
Gary J. Worlock
Jennifer M Worlock
          Debtors

Case No. 19-11129-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                User: admin              Page 1 of 1            Date Rcvd: Aug 09, 2019
                                    Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
db/jdb          +Gary J. Worlock,    Jennifer M Worlock,    430 Debbie Lane,    Millville, NJ 08332-4750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Maria  Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America mcozzini@sternlav.com
          Maria  Cozzini    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           mcozzini@sternlav.com
          Nathan  Van Embden    on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com,
           lstyles@nvanembden.com
          Nathan  Van Embden    on behalf of Debtor Gary J. Worlock nve@nvanembden.com,
           lstyles@nvanembden.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 8