Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 19−11129−JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary J. Worlock                                     Jennifer M Worlock
   430 Debbie Lane                                  430 Debbie Lane
   Millville, NJ 08332                              Millville, NJ 08332

Social Security No.:
   xxx−xx−2438                                         xxx−xx−2317

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 August 4, 2020
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* – Objection to (related document:34 Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 07/9/2020. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Nathan Van Embden on behalf of Gary J. Worlock, Jennifer M Worlock. (Van Embden, Nathan)

and transact such other business as may properly come before the meeting.

Dated: July 9, 2020
JAN: eag

                                                                                                        Jeanne Naughton
                                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gary J. Worlock  
Jennifer M Worlock  
      Debtors

Case No. 19-11129-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 09, 2020  
                        Form ID: 173     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2020.  
db/jdb      +Gary J. Worlock,    Jennifer M Worlock,    430 Debbie Lane,    Millville, NJ 08332-4750  
cr         +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    STERN LAVINTHAL AND FRANKENBERG,  
           105 EISENHOWER PARKWAY,    SUITE 302,    ROSELAND, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2020 at the address(es) listed below:  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
         Kevin Gordon McDonald    on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Maria Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal  
          National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the  
          laws of the United States of America mcozzini@sternlav.com  
         Maria Cozzini    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
          mcozzini@sternlav.com  
         Nathan Van Embden    on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com,  
          lstyles@nvanembden.com  
         Nathan Van Embden    on behalf of Debtor Gary J. Worlock nve@nvanembden.com,  
          lstyles@nvanembden.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 8