Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−11129−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary J. Worlock
430 Debbie Lane
Millville, NJ 08332

Jennifer M Worlock
430 Debbie Lane
Millville, NJ 08332

Social Security No.:
xxx−xx−2438

xxx−xx−2317

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 31, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 39 − 34
Order RESOLVING CREDITORS CERTIFICATION OF DEFAULT WITH CONDITIONS For 430 Debbie Lane, Millville, NJ 08332 (related document:34 Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 07/9/2020. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/31/2020. (Romero, Priscilla)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 31, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gary J. Worlock  
Jennifer M Worlock  
    Debtors

Case No. 19-11129-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 31, 2020  
                     Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db/jdb        +Gary J. Worlock,    Jennifer M Worlock,    430 Debbie Lane,    Millville, NJ 08332-4750  
cr           +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    STERN LAVINTHAL AND FRANKENBERG,  
            105 EISENHOWER PARKWAY,    SUITE 302,    ROSELAND, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:  
       Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
       Kevin Gordon McDonald     on behalf of Creditor    Medallion Bank kmcdonald@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Maria Cozzini     on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal  
        National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the  
        laws of the United States of America mcozzini@sternlav.com  
       Maria Cozzini     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
        mcozzini@sternlav.com  
       Nathan Van Embden     on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com,  
        lstyles@nvanembden.com  
       Nathan Van Embden     on behalf of Debtor Gary J. Worlock nve@nvanembden.com,  
        lstyles@nvanembden.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 8