Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–11129–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary J. Worlock
430 Debbie Lane
Millville, NJ 08332

Jennifer M Worlock
430 Debbie Lane
Millville, NJ 08332

Social Security No.:
   xxx–xx–2438                               xxx–xx–2317

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          May 11, 2021
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*45* – Objection to (related document:44 Creditor's Certification of Default (Related document(s) 21 Motion for Relief from Stay re: 430 Debbie Lane, Millville, NJ 08332. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Maria Cozzini on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 04/19/2021. (Cozzini, Maria) Modified on 4/6/2021 TO REFLECT DOCUMENTS ARE NOT SEPARATE PDF ATTACHMENTS (eag). Modified on 4/6/2021 TO CREATE LINK (def). filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Nathan Van Embden on behalf of Gary J. Worlock, Jennifer M Worlock. (Attachments: # 1 Exhibit) (Van Embden, Nathan)

and transact such other business as may properly come before the meeting.


Dated: April 19, 2021
JAN: eag

                                                              Jeanne Naughton
                                                              Clerk