Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11129−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gary J. Worlock                          Jennifer M Worlock
430 Debbie Lane                          430 Debbie Lane
Millville, NJ 08332                      Millville, NJ 08332

Social Security No.:
  xxx−xx−2438                            xxx−xx−2317

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           May 11, 2021
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*45* − Objection to (related document:44 Creditor's Certification of Default (Related document(s) 21 Motion for Relief from Stay re: 430 Debbie Lane, Millville, NJ 08332. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Maria Cozzini on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 04/19/2021. (Cozzini, Maria) Modified on 4/6/2021 TO REFLECT DOCUMENTS ARE NOT SEPARATE PDF ATTACHMENTS (eag). Modified on 4/6/2021 TO CREATE LINK (def). filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Nathan Van Embden on behalf of Gary J. Worlock, Jennifer M Worlock. (Attachments: # 1 Exhibit) (Van Embden, Nathan)

and transact such other business as may properly come before the meeting.

Dated: April 19, 2021
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-11129-JNP
Gary J. Worlock                                                                                      Chapter 13
Jennifer M Worlock
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2021 | Form ID: 173 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary J. Worlock, Jennifer M Worlock, 430 Debbie Lane, Millville, NJ 08332-4750 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, STERN LAVINTHAL AND FRANKENBERG, 105 EISENHOWER PARKWAY, SUITE 302, ROSELAND, NJ 07068-1640 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Medallion Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 19, 2021 | Form ID: 173 | Total Noticed: 2

    corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com

Maria Cozzini
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mcozzini@sternlav.com

Nathan Van Embden
    on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com lstyles@nvanembden.com

Nathan Van Embden
    on behalf of Debtor Gary J. Worlock nve@nvanembden.com lstyles@nvanembden.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9