| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>mcozzini@sternlav.com<br>Attorney for Secured Creditor,<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>By Maria Cozzini, Esq. | Order Filed on May 24, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Gary J. Worlock<br><br>Jennifer M. Worlock<br><br>                Debtor(s). | Case No.: 19-11129-JNP<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny Jr. |

### ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: May 24, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Gary J. Worlock and Jennifer M Worlock
Case No: 19-11129-JNP
Caption: Order Resolving Creditor's Certification of Default With Conditions

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Nathan Van Embden, Esq. |
| Property Involved ("Collateral"): | 430 Debbie Lane, Millville, NJ 08332 |

Relief sought:
- ✓ Motion for relief from the automatic stay
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 1 month cure payment January, 2021.

    - The Debtor is overdue for 1 month cure payment February, 2021

    - The Debtor is overdue for 5 months regular payments from January, 2021 to May, 2021.

    - The Debtor is overdue for 1 month cure payment at $620.96

    - The Debtor is overdue for 1 month cure payment at $620.98

    - The Debtor is overdue for 5 regular monthly payments at $1,855.55.

    - Less Funds held in debtor(s) suspense $848.53.

    - Movant acknowledges receipt of $3,711.10 while the Motion was pending

    Total Arrearages Due $5,960.06

2. Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment shall be made in the amount of $$5,960.06. Payment shall be made no later than thirty (30) days from the entry of this Order.

    - Beginning on June 1, 2021, regular monthly mortgage payments shall continue to be made in the amount $1,855.55.

Page | 3
Debtor: Gary J. Worlock and Jennifer M Worlock
Case No: 19-11129-JNP
Caption: Order Resolving Creditor's Certification of Default With Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Immediate payment:       Nationstar Mortgage LLC d/b/a Mr. Cooper
                              P.O. Box 619094
                              Dallas, TX 75261-9741

   ✓ Regular monthly payment: Nationstar Mortgage, LLC d/b/a Mr. Cooper
                              P.O. Box 619094
                              Dallas, TX 75261-9741

   ✓ Monthly cure payment:    Nationstar Mortgage, LLC d/b/a Mr. Cooper
                              P.O. Box 619094
                              Dallas, TX 75261-9741

4. In the event of Default:

   ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

   ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of $350.00.
      The fees and costs are payable:
   ✓ through the Chapter 13 plan.
   ☐ to the Secured Creditor within _____ days.
   ☐ Attorneys' fees are not awarded.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11129-JNP |
| Gary J. Worlock | Chapter 13 |
| Jennifer M Worlock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gary J. Worlock, Jennifer M Worlock, 430 Debbie Lane, Millville, NJ 08332-4750 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Medallion Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Maria Cozzini | |

District/off: 0312-1    User: admin    Page 2 of 2
Date Rcvd: May 24, 2021    Form ID: pdf903    Total Noticed: 1

                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mcozzini@sternlav.com

Nathan Van Embden
                    on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com lstyles@nvanembden.com

Nathan Van Embden
                    on behalf of Debtor Gary J. Worlock nve@nvanembden.com lstyles@nvanembden.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9