| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Gary J. Worlock<br>Jennifer M. Worlock | Case No.: 19-11129-JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Polusny, Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Jennifer M. Worlock, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2-28-2024

Debtor's Signature: Jennifer M. Worlock

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18