**Order Filed on March 15, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern Lavinthal & Frankenberg LLC
103 Eisenhower Parkway - Suite 100
Roseland, NJ 07068
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
Nationstar Mortgage LLC
By: Maria Cozzini, Esq.

In Re:

**Gary J. Worlock**

**Jennifer M Worlock**

Debtor(s)

Case No.: 19-11129-JNP
Chapter: 13
Hearing Date:
Judge: Jerrold N. Poslusny, Jr.

Recommended Local Form ☐ Followed            Modified ☐

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: March 15, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the Motion of Nationstar Mortgage LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay of motion is granted and the stay is terminated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

   ✓ Real property more fully described as:

430 DEBBIE LN, MILLVILLE, NJ 08332

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

   ☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-

bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further

distribution to the Creditor.

The movant shall serve this Order on the debtor, any trustee and other party who entered

an appearance on the motion.