**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gary J. Worlock<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2438<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Jennifer M Worlock<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2317<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–11129–JNP

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary J. Worlock                         Jennifer M Worlock

<u>4/3/24</u>                                                   **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-11129-JNP
Gary J. Worlock  Chapter 13
Jennifer M Worlock
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Apr 03, 2024    Form ID: 3180W    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary J. Worlock, Jennifer M Worlock, 430 Debbie Lane, Millville, NJ 08332-4750 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, STERN LAVINTHAL AND FRANKENBERG, 105 EISENHOWER PARKWAY, SUITE 302, ROSELAND, NJ 07068-1640 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517975976 | + | Amanda Buckson, 430 Debbie Lane, Millville, NJ 08332-4750 |
| 517975989 | ++ | FINANCIAL INSTITUTION LENDING OPTIONS, 550 BAY VIEW RD STE A, PO BOX 750, MUKWONAGO WI 53149-0750 address filed with court:, SST, 4315 Pickett Road, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 519241699 | | Medallion Bank c/o SST,Inc., 4315 Pickett Rd, St. Joseph MO 64503 |
| 517975986 | + | NTB Credit Plan, PO Box 790394, Saint Louis, MO 63179-0394 |
| 517975987 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc., 14523 SW Millikan Way, Beaverton, OR 97005 |
| 517978000 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 03 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 03 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518000561 | | EDI: GMACFS.COM | Apr 04 2024 00:43:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519259758 | + | EDI: AISACG.COM | Apr 04 2024 00:43:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517975974 | + | EDI: GMACFS.COM | Apr 04 2024 00:43:00 | Ally Financial, 200 Reenaissance Ctr., Detroit, MI 48243-1300 |
| 517975977 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 03 2024 20:56:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517988903 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 03 2024 20:56:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517975981 | + | EDI: CITICORP | Apr 04 2024 00:43:00 | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517975978 | | EDI: CAPITALONE.COM | | |

Case 19-11129-JNP  Doc 67  Filed 04/05/24  Entered 04/06/24 00:17:38  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2024 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 04 2024 00:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518017043 | + | EDI: AIS.COM | | |
| | | | Apr 04 2024 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517975980 | | EDI: SYNC | | |
| | | | Apr 04 2024 00:43:00 | Care Credit/Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 518148924 | + | EDI: CITICORP | | |
| | | | Apr 04 2024 00:43:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517975983 | | EDI: JPMORGANCHASE | | |
| | | | Apr 04 2024 00:43:00 | Chase Auto, PO Box 901003, Fort Worth, TX 76101 |
| 518037632 | | EDI: JPMORGANCHASE | | |
| | | | Apr 04 2024 00:43:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038 |
| 517975984 | + | EDI: LENDNGCLUB | | |
| | | | Apr 04 2024 00:43:00 | Lending Club Corp., 71 Stevenson St. Ste., San Francisco, CA 94105-2934 |
| 518072872 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | | |
| | | | Apr 03 2024 20:55:00 | Medallion Bank, c/o Systems & Services, Technologies, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518143961 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Apr 03 2024 20:55:00 | Nationstar Mortgage LLC. d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518709334 | | EDI: PRA.COM | | |
| | | | Apr 04 2024 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709335 | | EDI: PRA.COM | | |
| | | | Apr 04 2024 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518143270 | | EDI: PRA.COM | | |
| | | | Apr 04 2024 00:43:00 | Portfolio Recovery Associates, LLC, c/o American Eagle Outfitters, Inc., POB 41067, Norfolk VA 23541 |
| 517975992 | + | EDI: SYNC | | |
| | | | Apr 04 2024 00:43:00 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 517988836 | | Email/Text: bankruptcy@bbandt.com | | |
| | | | Apr 03 2024 20:56:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 517975988 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Apr 03 2024 20:56:00 | Sheffield Financial, 2554 Lewisville Clem, Clemmons, NC 27012-8110 |
| 517975993 | + | EDI: LCITDAUTO | | |
| | | | Apr 04 2024 00:43:00 | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519241698 | | Medallion Bank,, Systems & Services Technologies, Inc. 43 |
| 517975985 | | Medical Payment |
| 517975975 | *+ | Ally Financial, 200 Reenaissance Ctr., Detroit, MI 48243-1300 |
| 517975982 | *+ | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517975979 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517975990 | ##+ | Stern Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517975991 | ##+ | Stern, Lavinthal & Frankenberg, 105 Eisenhower Pkway Ste. 302, Roseland, NJ 07068-1640 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Medallion Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Nathan Van Embden | on behalf of Joint Debtor Jennifer M Worlock nve@nvanembden.com  lstyles@nvanembden.com |
| Nathan Van Embden | on behalf of Debtor Gary J. Worlock nve@nvanembden.com  lstyles@nvanembden.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10