Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–11129–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gary J. Worlock | Jennifer M Worlock |
| 430 Debbie Lane | 430 Debbie Lane |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
xxx–xx–2438                                                                xxx–xx–2317

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 30, 2024                    Jerrold N. Poslusny Jr.
                                          Judge, United States Bankruptcy Court